The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Robert M. Sapp, <br><br> Plaintiff, <br><br> v. <br><br> K-1 Corp., a Japanese corporation, and Sadaharu Tanikawa, a citizen or subject of Japan, <br><br> Defendants. | No. CV 06-1791 JCC <br><br> ORDER DIRECTING CLERK OF COURT TO EFFECT SERVICE UNDER FRCP 4(f)(2)(C)(ii) |

Plaintiff has moved pursuant to FRCP 4(f)(2)(C)(ii) for entry of an order directing the clerk of the court to address and dispatch the summons and complaint, and supporting documents, to each defendant by a form of mail requiring a signed receipt. (Dkt. No. 8.) Having considered plaintiff's motion and supporting papers it is hereby:

ORDERED that the clerk of the court will address and dispatch, by a form of mail requiring a signed receipt, the summons and complaint to each defendant in this action, in accordance with the FRCP 4(f)(2)(C)(ii) and the Convention on the Service Abroad of

ORDER DIRECTING FRCP 4(f)(2)(C)(ii) SERVICE
(Cause No. CV 06-1791 JCC) — 1

SEA 1922944v1 0082752-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"), Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163.

DATED this 18th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Robert M. Sapp


By s/ Hall Baetz_____
   Hall Baetz, WSBA #456
   Joseph D. Weinstein, WSBA #12004
   2600 Century Square
   1501 Fourth Avenue
   Seattle, WA 98101-1688
   Telephone: (206) 622-3150
   Fax: (206) 628-7699
   E-mail: hallbaetz@dwt.com,
   joeweinstein@dwt.com

ORDER DIRECTING FRCP 4(f)(2)(C)(ii) SERVICE
(Cause No. CV 06-1791 JCC) — 2

SEA 1922944v1 0082752-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the document to which this certificate is attached with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

N/A

I hereby certify that I have caused to be emailed and faxed the document to which this certificate is attached to the following non-CM/ECF participants:

Atsushi Igarashi

DATED this 21st day of January, 2007.

        Davis Wright Tremaine LLP
        Attorneys for Defendant


        By s/ Hall Baetz
          Hall Baetz, WSBA #456
          2600 Century Square
          1501 Fourth Avenue
          Seattle, WA 98101-1688
          Telephone: (206) 622-3150
          Fax: (206) 628-7699
          E-mail: hallbaetz@dwt.com

ORDER DIRECTING FRCP 4(f)(2)(C)(ii) SERVICE
(Cause No. CV 06-1791 JCC) — 3
SEA 1922944v1 0082752-000001

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699